```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────

JAMES J. MATT,

              Plaintiff,

         22-cv-6057 (JGK)

   - against -

         ORDER

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

              Defendants.

────────────────────────────────────

JOHN G. KOELTL, District Judge:

The conference scheduled for September 13, 2022 is adjourned to **October 21, 2022** at **10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
           September 2, 2022

                             /s/ John G. Koeltl
                                John G. Koeltl
                          United States District Judge