UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES J. MATT,

                Plaintiff,

                                                 22 civ 6057 (JGK)

    -against-

UNITED STATES DEPARTMENT OF JUSTICE, et al.,
                Defendants.
------------------------------------------------------------X

## ORDER

The parties shall provide the Court with a Rule 26(f) report by **October 31, 2022.**

The October 21, 2022 conference is canceled.

**SO ORDERED.**

                                                                 **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 13, 2022