UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JAMES J. MATT,

                    Plaintiff,

      - against -

UNITED STATES DEPARTMENT OF JUSTICE,
et al.,

                    Defendants.
_____

22-cv-6057 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The plaintiff may file an amended complaint by **November 24, 2022**. The defendants may answer or move to dismiss by **January 6, 2023**. If the defendants move to dismiss, the plaintiff may respond by **January 27, 2023**. The defendants may reply thereafter by **February 9, 2023**.

SO ORDERED.

Dated:    New York, New York
          November 10, 2022

                        John G. Koeltl
                United States District Judge