UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES J. MATT,

        Plaintiff,

- against -                22-cv-6057 (JGK)

UNITED STATES DEPARTMENT OF JUSTICE,    ORDER
ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The Clerk of Court is directed to strike ECF No. 33.

SO ORDERED.

Dated:    New York, New York
           March 13, 2023

                                              John G. Koeltl
                                     United States District Judge