```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JAMES J. MATT,

               Plaintiff,         22-cv-6057 (JGK)

    - against -                ORDER

UNITED STATES DEPARTMENT OF JUSTICE,
ET AL.,

              Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **March 12, 2024,** at **12:00 p.m.** The parties should submit letters by **March 11, 2024,** explaining their positions.

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:   New York, New York
           March 8, 2024

                                    /s/ John G. Koeltl

                                    **John G. Koeltl**
                                **United States District Judge**